1  THEODORE R. SCOTT, Bar No. 108849
   LITTLER MENDELSON
2  A Professional Corporation
   501 W. Broadway, Suite 900
3  San Diego, CA 92101.3577
   Telephone: 619.515.1837
4  Facsimile: 619.615.2261

5  Attorneys for Respondent
   PALA BAND OF MISSION INDIANS
6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITE HERE International Union,    | Case No. 07-CV-2312 W (AJB)
12 |          Petitioner,                | RESPONDENT PALA BAND OF MISSION
   |                                     | INDIANS' NOTICE OF MOTION AND
13 |   v.                                | MOTION TO DISMISS PETITION TO
   |                                     | CONFIRM ARBITRATION AWARD
14 | PALA BAND OF MISSION INDIANS,       |
   |                                     | Judge:  Thomas J. Whelan
15 |          Respondent.                | Ctrm:   7
   |                                     | Date:   10:30 a.m.
16 |                                     | Time:   May 5, 2008

17                                       [NO ORAL ARGUMENT PURSUANT TO
                                         LOCAL RULE]
18

19

20 TO PLAINTIFF UNITE HERE INTERNATIONAL UNION AND ITS ATTORNEY OF RECORD:

21         PLEASE TAKE NOTICE that Respondent PALA BAND OF MISSION INDIANS'

22 ("Pala Band") hereby moves this Court for an order dismissing Petitioner's Petition to Confirm

23 Arbitration Award pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure.

24         Pala Band's Motion to Dismiss is made on the grounds that this Court does not have

25 subject matter jurisdiction over Petitioner's Petition because (1) the Petition does not require

26 resolution of a substantial question of federal law; (2) there is no general right of private action

27 created by the federal law on which Petitioner's petition purports to be based; and (3) Petitioner's

28 Petition is barred by the Pala Band's sovereign immunity. Pala Band's Motion is also made on the

grounds that the Petition fails to state a claim for relief because Petitioner is required to bring any petition to confirm the arbitration award that is the subject of the Petition before the Intertribal Court for Southern California prior to invoking the jurisdiction of this Court.

Pala Band's Motion is based upon this Notice of Motion and Motion to Dismiss, its Memorandum of Points and Authorities in Support of its Motion, the Declaration of Theodore R. Scott in Support of its Motion and exhibits attached thereto, the complete files and records of this action, including the Petition, and on such further exhibits, pleadings or argument as may hereafter be presented to the Court.

Dated: April 4, 2008

          s/Theodore R. Scott
          THEODORE R. SCOTT
          LITTLER MENDELSON
          A Professional Corporation
          Attorneys for Respondent
          PALA BAND OF MISSION INDIANS
          E-mail: tscott@littler.com

UNITE HERE International Union v. Pala Band of Mission Indians   Case No. 07-CV-2312 W (AJB)

## PROOF OF SERVICE BY MAIL

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 4, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within documents:

1. RESPONDENT PALA BAND OF MISSION INDIANS' NOTICE OF MOTION AND MOTION TO DISMISS PETITION TO CONFIRM ARBITRATION AWARD

2. RESPONDENT PALA BAND OF MISSION INDIANS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PETITION TO CONFIRM ARBITRATION AWARD

3. DECLARATION OF THEODORE R. SCOTT IN SUPPORT OF RESPONDENT PALA BAND OF MISSION INDIANS' MOTION TO DISMISS PETITION TO CONFIRM ARBITRATION AWARD

4. RESPONDENT PALA BAND OF MISSION INDIANS' NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF ITS MOTION TO DISMISS PETITION TO CONFIRM ARBITRATION AWARD

in a sealed envelope, postage fully paid, addressed as follows:

Kristin L. Martin, Esq.
Davis, Cowell & Bowe, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105

Attorneys for Petitioner
UNITE HERE INTERNATIONAL UNION
(415) 597-7200
[FAX] (415) 597-7201

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

FIRMWIDE:84778669.1 055243.1007

Case No. 07-CV-2312 W (AJB)

       Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

       I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

       Executed on April 4, 2008, at San Diego, California.

                                                          Rosa Dyer

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101-3577

FIRMWIDE:84778669.1 055243.1007   2.   Case No. 07-CV-2312 W (AJB)