Kristin L. Martin (SBN 206528)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415-597-7200
Fax:        415-597-7201

Attorneys for Petitioner,
UNITE HERE International Union

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE INTERNATIONAL UNION, | CASE NO. 07-CV-2312 W AJB |
| Petitioner, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| vs. | |
| PALA BAND OF MISSION INDIANS, | |
| Respondent. | |

I certify that I am authorized to serve the summons and complaint in the within action pursuant to F.R.Civ.P. 4(c) and that I served the summons and complaint as follows:

1. Name and title of person served:  Pala Tribal Chairman Robert Smith

2. Person with whom left:  Officer Timothy Ravaga of the Pala Tribal Police

3. Date and time of delivery:  March 22, 2008, approximately 3:00 p.m.

4. Address, City and State:  35961 Pala-Temecula Road
   Pala, CA 92059
   (X) Home    ( ) Business

5. Manner of service   (Check applicable box and complete separate proof of service for each defendant served.)

///

1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

## PERSONAL SERVICE

☒  PERSONAL SERVICE. On Saturday March 22, 2008 at approximately 3:00 p.m., I entered the Pala Indian reservation and went to an address of 35961 Pala-Temecula Rd., Pala, CA 92059. As I stopped at the residence, I was confronted by Officer Timothy Ravaga of the Pala Tribal Police. He asked what I was doing on the reservation. I advised him that the reason I was there was to serve Mr. Robert Smith, Chairman of the Pala Tribe. Mr. Ravaga made a phone call to Mr. Smith, the person I was trying to serve. I was outside Mr. Smith's house when Police Officer Ravaga made this call. I heard Office Ravaga talking to Mr. Smith. Officer Ravaga advised me that Mr. Smith wanted me to come back during the week and he would meet with me at his office. I asked Officer Ravaga to ask Mr. Smith to step outside and accept service. Officer Ravaga told me that Mr. Smith refused and told Officer Ravaga to escort me off the reservation. I tried to hand Officer Ravaga the summons and the complaint and advised him to give them to Mr. Smith. Officer Ravaga said he would not do so, but as I left, I observed Officer Ravaga pick up the papers.

☐  UPON A STATE OR MUNICIPAL CORPORATION OR OTHER GOVERNMENTAL ORGANIZATION THEREOF SUBJECT TO SUIT, C.C.P. 415.30(a); F.R.Civ.P. 4(j) (2), by delivering a copy of the summons and complaint to the chief executive officer thereof or by serving the summons and complaint in a manner prescribed by law of that state for the service of summons or other like process upon any such defendant

## SERVICE ON U.S. DEFENDANTS

☐  UPON THE UNITED STATES OR AN OFFICER OR AGENCY OF THE UNITED STATES, by serving in a manner as prescribed by F.R.Civ.P. 4(i) (1) and (2).

## SERVICE BY MAIL (Under State Law only)

☐  MAIL AND ACKNOWLEDGMENT SERVICE, C.C.P. 415.30. By mailing (by

2

first-class mail or airmail) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage paid prepaid, addressed to the sender. (ATTACH WRITTEN ACKNOWLEDGMENT OF RECEIPT AND SUMMONS AND COMPLAINT.)

### SUBSTITUTED SERVICE

☐ UPON AN INDIVIDUAL OTHER THAN AN INFANT OR AN INCOMPETENT PERSON, by delivering a copy of the summons and complaint to him personally or by leaving copies thereof at his dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process; or in a manner consistent with C.C.P. 415.20(b); F.R.Civ.P. 4(e). (Attach separate declarations showing attempted personal service.)

☐ UPON AN INFANT OR AN INCOMPETENT PERSON, C.C.P. 415.20(b); F.R.Civ.P. 4(g), by leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaied) copies to the person served at the place where the copies were left.

☐ UPON A DOMESTIC OR FOREIGN CORPORATION OR UPON A PARTNERSHIP OR OTHER UNINCORPORATED ASSOCIATION WHICH IS SUBJECT TO SUIT UNDER A COMMON NAME, by delivering a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant; or in a manner consistent with C.C.P. 415.20(a); F.R.Civ.P. 4(h).

3

1    I declare under penalty of perjury that the foregoing document is true and correct.

2    Executed at W. COVINA _____, State of California, this 28 day of March 2008.

3    _____
     Signature of Person authorized to make

4    Service

5    Fee for service $_____, Mileage $ _____ , Total $ 250.00.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3      I am employed in the city and county of San Francisco, State of California. I am over the

4   age of 18 and not a party to the within action; my business address is 595 Market Street, Suite

5   1400, San Francisco, CA 94105.

6      On April 7, 2008 I served the document described as PROOF OF SERVICE OF

7   SUMMONS AND COMPLAINT by placing a true copy thereof enclosed in a sealed envelope and

8   depositing same with the United States Postal Service addressed as follows:

9
Theodore R. Scott
10  Littler Mendelson
    501 West Broadway, Suite 900
11  San Diego, CA 92101-3577

12

13      [X]     (MAIL) I am "readily familiar" with the firm's practice for collection and

14  processing correspondence for mailing. Under that practice, it would be deposited with the United

15  States Postal Service on that same day with postage thereon fully prepaid at San Francisco,

16  California in the ordinary course of business. I am aware that on motion of the party served,

17  service is presumed invalid if postal cancellation date or postage meter date is more than one day

18  after date of deposit for mailing in affidavit.

19      Executed on April 7, 2008 at San Francisco, California.

20      I declare under penalty of perjury under the laws of the State of California that the above is

21  true and correct.

22

23
Renee Saunders

24

25

26

27

28