Kristin L. Martin (SBN 206528)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415-597-7200
Fax: 415-597-7201

Attorneys for Petitioner,
UNITE HERE International Union

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE INTERNATIONAL UNION,<br><br>Petitioner,<br><br>vs.<br><br>PALA BAND OF MISSION INDIANS,<br><br>Respondent. | CASE No. 07-CV-2312 W AJB<br><br>**JOINT MOTION TO POSTPONE HEARING DATE**<br><br>Judge: Thomas J. Whelan<br>Ctrom: 7<br>Date: 10:30 a.m.<br>Time: May 5, 2008 |

Petitioner UNITE HERE International Union and Respondent Pala Band of Mission Indians request that the Court postpone the hearing on Respondent's Motion to Dismiss, currently set for May 5, 2008 at 10:30 a.m., to May 19, 2008.

///

///

///

///

///

Date: April 9, 2008

By ____________________
Theodore R. Scott
LITTLER MENDELSON
501 w. Broadway, Suite 900
San Diego, CA 92101-3577
Telephone: 619-515-1837
Facsimile: 619-615-2261

Attorneys for Respondent

Date: April 9, 2008

By ____________________
Kristin L. Martin
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415-597-7200
Telephone: 415-597-7201

Attorneys for Petitioner