

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE INTERNATIONAL UNION,<br><br>                 Petitioner,<br>vs.<br><br>PALA BAND OF MISSION INDIANS,<br><br>                 Respondent. | CASE NO. 07-CV-2312 W (AJB)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE (Doc. No. 6) |

On December 11, 2007 Petitioner Unite Here International Union ("Petitioner") petitioned this court to confirm an arbitration award against Respondent Pala Band of Mission Indians ("Respondent"). (Doc. No. 1.) On April 4, 2008 Respondent moved to dismiss the petition, which the Court set for hearing on May 5, 2008. (Doc. No. 4.) Both parties now move to continue the hearing date until May 19, 2008. (Doc. No. 6.) Good cause appearing, the Court **GRANTS** the parties' joint motion and **CONTINUES** the motion to dismiss hearing date until **May 19, 2008**.

IT IS SO ORDERED.

Dated: April 9, 2008

                                        Hon. THOMAS J. WHELAN
                                        United States District Court
                                        Southern District of California