# UNITED STATES DISTRICT COURT

### Southern District of California

Unite Here

                              Plaintiff,

v.                                                          Case No.: 3:07–cv–02312–W–AJB  
                                                          Judge  Thomas J. Whelan

Pala Band of Mission Indians

                              Defendant.

### JUDGMENT IN A CIVIL CASE

    \_\_\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    \_\_**X**\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court grants Respondent's motion and dismisses without prejudice Petitioner's petition to confirm arbitration award.

                                                                                           W. Samuel Hamrick, Jr.,  
                                                                                                Clerk of the Court

Date: 5/23/08

                                                                        By: s/ A. Everill, Deputy Clerk

                                                                        ENTERED ON: May 23, 2008